FILED
U.S. District Court
District of Kansas

MAY 26 2022

Clerk, U.S. District Court
By \_\_\_\_\_ Deputy Clerk

May 16 2022

Mr. Broomes,
  I respect you as being a man (Judge) of integrity and truth. Giving you your Honor, all due respect to you and your court.
  danny barker bey and valerie barker bey had no intention to cause harm to anyone. The only reason we filed Bankruptcy was because we were told by Judge Dale, that that was the only way to access our Estate/Trust account (Ceste que vie). We sent Notification to the Trustee Micheal J. Morris stating what we were doing and why. We received orders from the Court to turn over cars and turn over certain property. We responded with a Quo Warranto requesting jurisdiction. Similar to what we are requesting from this Court.
A man (women) knows naught by being told, man (women) must know only by being or doing what he/she knows. That is the truth of what happened. We apologize for any harm we have caused to anyone. This case is just retiliation for what happened. Leins that were placed on certain people are not against the law. Dismiss this case and all Leins will be removed. All we ask is that the Court does not covetour possessions and property. T.G. and R.N. have coveted our possesions. T.G. has taken all our possesions in our home, including our van, tools, jewelery, diamonds and money etc. Why are these people allowed to

to covet our possesions without consequences. The form that was sent to T.G. & R.N are standard forms used by our government, the moorish national republic federal government, stating that the Provost Marshall will be notified. To establish our own goverment is a right given to indigenous people to have and self govern. United Nations Declaration on the Rights of Indigenous Peoples Article 4, Article 6, Article 10 Article 12 etc. U.N. Doc. A/RES/61/295 (2 October 2007) The standard form was formulated in reference to the Civil Orders recieved from Pope Francis addressed to former President Obama (July 4th 2014). These civil orders were sent to all U.S. Marshall Service the Provost Marshall, Members of the BAR Association and the American Armed Services. As quoted by Pope Francis "No enforcement upon any American State Citizen (which we are) is owed any "Act" of any "Congress" operating as the sovereign government United States of America minor) nor as the Board of Directors or Board of Trustees of any incorporated entity whatsoever". (UNITED STATES DISTRICT COURT) This court shall respect the Popes orders and stop the fraud and own up to who you really are UNITED STATES INCORPORATED. We will rest our case against you. Please reconsider and rest your case against us and return

all possesions, property, res, estate, trust funds, belong to the heirs, beneficaries and trustees of the DANNY LEE BARKER and VALERIE ANN BARKER Estate Trust, that has been taken under false pretense. That has been held in the ceste que vie. We are not dead and are alive spirit beings claiming their estate.

We hope to settle this and seek a win for all.

Respectfully submitted,
Valerie barker bey american moroccan citizen.

Evedience to be used if trial if persued:

The Act of 1871
United Nations Declaration on the Rights of Indigenous Peoples
Treaty of Peace & Friendship 1787 Between Morocco/America and the United States
United Nations Universal Declaration of Human Rights
Civil Orders from Pope Francis July 4th 2014

case 6:20 10059 JWB 001/002

barker bey 263458
701 S. Stone Rd
El Dorado, KS 67042

WICHITA KS 670
17 MAY 2022 PM 2 L



NOTICE! This correspondence was mailed from the BUTLER COUNTY JAIL. IT'S CONTENTS ARE UNCENSORED.

UNITED STATES DISTRICT COURT
Attn: Judge Broomes
401 N. Market
Wichita, KS 67202-2096

67202-208999